# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

November 10, 2025

**BY ECF AND EMAIL**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Sadie McKenzie and Kipsorn Brown, 25-cr-71 (KMK)*

Dear Judge Karas:

I am writing to request on behalf of both defendants that the upcoming conference in this matter, currently scheduled for Wednesday, November 12, 2025, be adjourned until December 16, 2025 at 2PM when I understand that Your Honor is available. My client, Sadie McKenzie, and I are continuing to have technical issues with access to some of the discovery. The government agreed to load the problematic files onto one of their computers so that we can view the discovery in their office, and we are working to find a convenient date for everyone. Mr. Brown's attorney, Samantha Chorny, Esquire, is in a homicide trial in *People v. Saalik Jackson*, Ind. # 70487-2 (Kings County), and she expects the trial to last until Thanksgiving week.

The government consents to this request, and both defendants agree that this time should be excluded from the Speedy Trial Act calculations.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Admitted: NY, CT, DC

**ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED & CONFIDENTIAL**
Mr. Edward Ramirez
February 17, 2025
Page 2

cc:   AUSA Margaret Vasu (by email)
      Samantha Chorny, Esq. (by email)

---

Granted. The 11/12/25 conference is adjourned to 12/16/25 at 2 pm. Time is excluded until then, in the interests of justice, to allow counsel to review discovery materials in this case. The interests of justice from this exclusion outweigh the public and Defendants' interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*
11/10/25