**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America
v.
Wolinsky
7:25-cr-00071-KMK-2

**Honorable Kenneth M. Karas**
United States District Judge
Southern District of New York

Dear Judge Karas:

I write on behalf of the defendant, Kipsorn Brown, regarding the conference currently scheduled for December 16, 2025, at 2:30 p.m.

I respectfully apologize for the late notice. Over the past several weeks, counsel's father was hospitalized in the intensive care unit and, regrettably, passed away last week. In addition, as reflected in the attached letter, counsel is required to appear in another criminal matter on December 16, 2025, which cannot be adjourned.

Accordingly, counsel respectfully requests that the December 16, 2025 conference be adjourned to a date convenient to the Court. In the interest of justice, and pursuant to 18 U.S.C. § 3161(h), the defense consents to and requests an exclusion of time under the Speedy Trial Act, as the parties are continuing good-faith plea negotiations and believe that a brief adjournment will facilitate potential resolution.

Thank you for the Court's consideration. Counsel remains available to appear on the next date set by the Court.

Respectfully submitted,

*Samantha Chorny*

**Samantha Chorny, Esq.**
Attorney for Defendant Kipsorn Brown
SMC Law Firm
113-25 Queens Blvd, Suite 102
Forest Hills, NY 11375
samanthachorny@smc.law

Application to adjourn the 12/16/25 conference is granted. The new conference date is 1/ 8 /26, at 12:00 Time is excluded until then, in the interests of justice, to accommodate counsel's unavailability. The interests of justice from this exclusion outweigh the public and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Condolences to counsel on the loss of her father.

So Ordered

12/15/25