Case 7:25-cr-00071-KMK    Document 121    Filed 04/09/26    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

KIPSORN BROWN,

Defendant.

-------------------------------------------------------------------X

**Docket No. 7:25-cr-00071-KMK-2**

April 9, 2026

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Kipsorn Brown*, 7:25-cr-00071-KMK-2

Dear Judge Karas:

     I write on behalf of Mr. Brown in response to the Government's opposition to Defendant's pretrial motions, which for the first time challenges Defendant's standing to contest the search of the apartment at issue.

     Defendant respectfully requests leave to submit a brief supplemental affidavit addressing his expectation of privacy in the subject premises. The Government's opposition raises factual assertions regarding Defendant's connection to the apartment that warrant clarification through a sworn statement.

     Mr. Brown's forthcoming affidavit will establish, inter alia, his regular presence at the apartment, his overnight stays, his maintenance of personal belongings there, and his reasonable expectation of privacy in the areas searched. These facts directly bear on Defendant's standing under the Fourth Amendment and are appropriately presented through affidavit.

Courts routinely permit such supplementation where the Government places standing at issue, and where doing so will aid the Court in resolving whether an evidentiary hearing is warranted.

Accordingly, Defendant respectfully requests leave to submit a supplemental affidavit within five (7) days of the Court's approval of this request, or such other time as the Court deems appropriate.

Thank you for the Court's consideration.

Granted. The supplemental affidavit is due 4/14/26.

Respectfully submitted,

*Samantha Chorny*

Samantha Chorny, Esq.
Counsel for Kipsorn Brown
SMC Law Firm
113-25 Queens Blvd, Suite 102
Forest Hills, New York 11375
(718) 970-1960

So Ordered.

4/9/26