

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 20, 2026

**VIA ECF AND EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: *United States v. Kipsorn Brown and Sadie McKenzie*, No. 25 Cr. 71 (KMK)

Dear Judge Karas:

The Government respectfully writes to request that the evidentiary hearing on defendant Kipsorn Brown's motion to suppress be rescheduled from May 26, 2026 (*see* Dkt. 125) to July 7, 2026, at 10:30 a.m. Counsel for defendant Brown does not object to this request. The parties have been in communication with Your Honor's Chambers and understand that July 7, 2026, at 10:30 a.m., is available for the Court, and it is available for the parties. The rescheduled date will provide the parties with additional time to prepare for the hearing and presentation of the issues.

The Government also requests that the Court exclude time in this case under the Speedy Trial Act to July 7, 2026. The Court previously excluded time to May 26, 2026. (Dkt. 125). The Government submits that the interests of justice served by this exclusion, including those previously identified by the Court and including the parties' need to prepare for an evidentiary hearing on defendant Brown's motion to suppress, outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

Granted. The Court need not exclude time as the motion stays the Speedy Trial Clock. If the Parties wish to separately toll the clock, more explanation will need to be provided to justify this lengthy extension.

So Ordered
5/23/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: Justin L. Brooke
Margaret N. Vasu
Assistant United States Attorneys
(212) 637-2319

CC:    Samantha Chorny, Esq. (via ECF and email)
       Dennis Hickerson-Breedon, Esq. (via ECF and email)