**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 7, 2026

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Kipsorn Brown*, 25 Cr. 71 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter to request clarification regarding the upcoming evidentiary hearing in the above-captioned matter, scheduled for July 15, 2026. In particular, the defendant requests in his motion both a *Franks* hearing and a "full evidentiary suppression hearing." (Dkt. No. 119 at 1.) As the Court knows, it has calendared an "evidentiary hearing" on July 15. (*See* Dkt. Nos. 125, 129.) The Government writes to inquire whether, in addition to hearing testimony on the issues of law enforcement's lawful presence in the apartment in connection with a medical emergency and evidence found in plain view, the Court intends to conduct, on the same date, a *Franks* hearing concerning law enforcement's subsequent search warrant application.

Thank you for your consideration.

The Court will only be conducting a hearing about the initial search and not a Franks hearing related to the subsequent search warrant application.

So Ordered.
[signature]
7/7/26

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: [signature]
Margaret N. Vasu
Assistant United States Attorney
(212) 637-0006

cc: Samantha M. Chorny, Esq.