UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

JAHNINE WOLKINSKY,
KIPSORN BROWN, *and*
SADIE MCKENZIE,
a/k/a "MARIAH MCKENZIE,"

*Defendants*.

Case No. 25-CR-71 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Court's July 15, 2026 suppression hearing, Defendant Kipsorn Brown's Motion to Suppress and Motion for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), (Dkt. No. 119), is denied. For reasons also stated on the record, the Court provisionally appointed Howard Tanner, Esq. to represent Defendant Sadie McKenzie. Finally, for reasons explained at the suppression hearing, time is further excluded through August 4, 2026, in the interests of justice. See 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

DATED: July 15, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE